# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED MAY 7, 2015**

---

**NO. 03-14-00693-CV**

---

**City of New Braunfels; Jan Kotylo, in her official capacity; Pat Clifton, in his official capacity; and Fritz Welsch, in his official capacity, Appellants**

**v.**

**Joseph Tovar, Appellee**

---

**APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the order signed by the district court on October 23, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.